UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| MATTHEW LEE DULANEY, : | |
| : | Civil Action No. 14-4224(NLH) |
| Petitioner, : | |
| v. : | **ORDER** |
| J. HOLLINGSWORTH, : | |
| Respondent. : | |

For the reasons set forth in the accompanying Opinion,

IT IS on this  28th  day of  July , 2014,

ORDERED that the Petition is DISMISSED WITHOUT PREJUDICE for lack of jurisdiction; and it is further

ORDERED that the Clerk of the Court shall close the Court's file in this matter.

At Camden, New Jersey

　　　　　　　　　　　　　　　　　　　　s/Noel L. Hillman
　　　　　　　　　　　　　　　　　　　　Noel L. Hillman
　　　　　　　　　　　　　　　　　　　　United States District Judge